1
2
3
4
5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8  DONALD CHRISTOPHER MOORE,          )
                                       )
9              Plaintiff,              )    CASE NO.    C09-592RSM
                                       )
10       v.                            )
                                       )
11 STATE OF WASHINGTON, *et al.*,      )    ORDER OF DISMISSAL
                                       )
12             Defendants.             )
   _____)

13
        The Court, having reviewed the Report and Recommendation of the Honorable Brian A.

14 Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and

15 ORDER:

16      (1)    The Court adopts the Report and Recommendation.

17      (2)    Plaintiff's complaint (Dkt. No. 4), and this action, are DISMISSED without prejudice

18             pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

19      (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

20             Brian A. Tsuchida.

21      DATED this 13th day of November, 2009.

22

23

24                                         _____
                                           RICARDO S. MARTINEZ
25                                         UNITED STATES DISTRICT JUDGE

26 ORDER OF DISMISSAL